John Casperson
HOLMES WEDDLE & BARCOTT, P.C.
701 West Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:        jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SAMUEL D. LARSEN, an individual,<br><br>                              Plaintiff,<br><br>          v.<br><br>ETHELHURST FOUNDATION,<br>INCORPORATED, an Alaska corporation,<br><br>                              Defendant. | IN ADMIRALTY<br><br>Case No.<br><br>COMPLAINT (46 U.S.C. § 31343) |

COMES NOW the Plaintiff, Samuel D. Larsen, by and through his attorneys, Holmes Weddle & Barcott, P.C., and complains against Defendant Ethelhurst Foundation, Incorporated, as set forth below.

## JURISDICTION

1.     Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Fed. R. Civ. P. 9(h).

2.     Samuel D. Larsen ("Plaintiff") is the owner of the vessel SEA GYPSY, Official Number 601077 ("Vessel") and is a Citizen of the State of Alaska.

COMPLAINT
Larsen v. Ethelhurst Foundation, Incorporated
Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

3. Plaintiff seeks a declaration that the Vessel is not subject to that certain Preferred Mortgage held by Defendant on the Vessel.

4. The Vessel is currently located in Kenai, Alaska.

## **CLAIM FOR RELIEF**

5. Defendant is the named mortgagee on a Preferred Mortgage ("PMM") for $35,000.00 against the Vessel dated May 1, 1995, which was filed with the United States Coast Guard on May 2, 1995.

6. David Ray Taylor, the original Grantor of the PMM and the seller of the Vessel to Plaintiff, has paid the indebtedness secured by the PMM, but has been unable to obtain its release.

7. Defendant has violated its obligation under 46 U.S.C. Section 31321(h) to acknowledge the discharge of the indebtedness.

## **REQUEST FOR RELIEF**

**WHEREFORE,** Samuel D. Larsen prays that the Court declare and award as follows:

1. Declare that the Vessel SEA GYPSY is not subject to that certain Preferred Mortgage held by Defendant or any maritime lien in favor of Samuel D. Larsen.

2. Award fees and costs to Plaintiff pursuant to 46 U.S.C. § 31343.

3. Enter such other and further relief as the court deems reasonable and just.

DATED this 27th day of July, 2018.

HOLMES WEDDLE & BARCOTT, P.C.

  s/  John E. Casperson
John E. Casperson, ABA # 7910076

COMPLAINT
Larsen v. Ethelhurst Foundation, Incorporated
Page 2 of 2